B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Rhode Island | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CRD Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Jan-Pro Cleaning Systems Of SNE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **04-3744446** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2536 Hartford Ave<br>Johnston, RI**<br>ZIPCODE **02919-1705** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Providence** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**2536 Hartford Ave, Johnston, RI**                                    ZIPCODE **02919-1705**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
|  | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. |  |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CRD Enterprises, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>     Signature of Attorney for Debtor(s)              Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>     ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>     ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CRD Enterprises, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ John Boyajian**
Signature of Attorney for Debtor(s)

**John Boyajian 0919**
**Boyajian Harrington & Richardson**
**182 Waterman Street**
**Providence, RI 02906**
**(401) 273-9600  Fax: (401) 273-9605**
**john@bhrlaw.com**

**June 29, 2011**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond R. Lapointe**
Signature of Authorized Individual

**Raymond R. Lapointe**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 29, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                    Case No. _____

CRD Enterprises, Inc. _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 166,043.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 8,598.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 32,237.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $ 671,760.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 35 | $ 166,043.00 | $ 712,595.65 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE CRD Enterprises, Inc. _____      Case No. _____
                                   Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL**    **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE CRD Enterprises, Inc. _____   Case No. _____
              Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account (estimated)** | | 5,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Four computers** | | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous items** | | 200.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE CRD Enterprises, Inc.
_____
Debtor(s)                                    Case No. _____
                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Jan-Pro accounts receivable | | 157,243.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Jan-Pro franchise for territory of Rhode Island and Southeastern Massachusetts including Fall River, Taunton, New Bedford, Plymouth and Cape Cod | | unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment | | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous machinery and equipment including buffers | | 1,000.00 |
| 30. Inventory. | | Cleaning supplies | | 500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  CRD Enterprises, Inc.                                          Case No. _____
                    Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **166,043.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE CRD Enterprises, Inc. _____    Case No. _____
                                 Debtor(s)                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE CRD Enterprises, Inc. _____
           Debtor(s)

Case No. _____
                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Deerwood Leasing 8130 Baymeadows Cir W Jacksonville, FL 32256-1880** | X | | 7/2010 <br>**Enviroshield equipment** <br><br><br> VALUE $ | | | | 4,098.00 | 4,098.00 |
| ACCOUNT NO. 0194776835001 <br><br>**Dolphin Capital Corp. PO Box 644006 Cincinnati, OH 45264-4006** | X | | 10/2007 <br>**Rotobrush equipment** <br><br><br> VALUE $ | | | | 4,500.00 | 4,500.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

____**0**____ continuation sheets attached

|  | Subtotal (Total of this page) | $ 8,598.00 | $ 8,598.00 |
|---|---|---|---|
|  | Total (Use only on last page) | $ 8,598.00 | $ 8,598.00 |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

IN RE CRD Enterprises, Inc.                                                    Case No. _____
_____                                              _____
                Debtor(s)                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE CRD Enterprises, Inc. _____   Case No. _____
                         Debtor(s)                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04-3374446 <br><br>**Internal Revenue Service Insolvency Unit - 4th Floor 380 Westminster St Providence, RI 02903-3246** | X | | **2008-2010 940 and 941 taxes** | | | | **32,237.00** | **32,237.00** | |
| ACCOUNT NO. 0001771124 <br><br>**RI Divison Of Taxation 1 Capitol HI Ste 2 Providence, RI 02908-5800** | X | | **2008-2010 940-941 taxes** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                              Subtotal
(Totals of this page) | $ **32,237.00** | $ **32,237.00** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **32,237.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ **32,237.00** | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE CRD Enterprises, Inc.                                                    Case No. _____
_____
          Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Abelardo Pineda** <br> **641 Pine St** <br> **Central Falls, RI  02863-2649** | | | **2011** <br> **possible liability for franchise dated 11/27/2002** | | | | **3,515.95** |
| ACCOUNT NO. <br><br> **Abidenas N. Dionizio** <br> **51 Cliff St** <br> **Plymouth, MA  02360-2045** | | | **2011** <br> **possible liability for franchise dated 11/30/2006** | | | | **26,106.70** |
| ACCOUNT NO. <br><br> **Adair Jose Rosa** <br> **292 Pond St** <br> **Rockland, MA  02370-1047** | | | **2011** <br> **possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO. <br><br> **Adrianna Rodriguez** <br> **57 Cowden St 1ST Fl** <br> **Central Falls, RI  02863-2020** | | | **2011** <br> **possible liability for franchise** | | | | **unknown** |

__19__ continuation sheets attached

Subtotal
(Total of this page) $ **29,622.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alberto Benitez<br>89 Rand St<br>Central Falls, RI  02863-2704 | | | 2011<br>possible liability for franchise dated 1/21/2010 | | | | 1,177.24 |
| ACCOUNT NO.<br>Aleandro Adao<br>72 Skunknet Rd<br>Centerville, MA  02632-2169 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Allen Waters<br>PO Box 2240<br>Mashpee, MA  02649-8240 | | | 2011<br>possible liability for franchise dated 11/28/2006 | | | | unknown |
| ACCOUNT NO.<br>Alliance Cleaning<br>12 Magnolia St<br>Bristol, RI  02809-3331 | | | 2011<br>possible liability for franchise dated 10/15/2001 | | | | 10,802.89 |
| ACCOUNT NO. **BESMAI**<br>American Teleconnect<br>64 Pettaconsett Ave<br>Cranston, RI  02920-7917 | | | 2001-present<br>phone repair | | | | 100.00 |
| ACCOUNT NO.<br>Angel Sanchez<br>PO Box 51244<br>New Bedford, MA  02745-0040 | | | 2011<br>possible liability for franchise dated 6/26/2007 | | | | 4,030.49 |
| ACCOUNT NO.<br>Antonia Deaguiar<br>46 Lexington Dr<br>Hyannis, MA  02601-2472 | | | 2011<br>possible liability for franchise dated 10/14/2009 | | | | unknown |

Sheet no. ___**1**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,110.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
                          Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Antonio Ribeiro<br>PO Box 538<br>Randolph, MA  02368-0538 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Antonio Santiago<br>30 W Main St Apt 7<br>Hyannis, MA  02601-3708 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Arnaldo Ribeiro<br>110 Sumner Ave Apt 1<br>Central Falls, RI  02863-2117 | | | 2011<br>possible liability for franchise dated 4/13/2007 | | | | 1,033.50 |
| ACCOUNT NO. 2726<br>Bank Of America<br>P.O. Box 15710<br>Wilmington, DE  19886-5710 | | | 2005-2011<br>miscellaneous credit card purchases | | | | 10,457.44 |
| ACCOUNT NO. 7739<br>Bank Of America<br>P.O. Box 15710<br>Wilmington, DE  19886-5710 | | | 2007-2011<br>miscellaneous credit card purchases | | | | 11,400.79 |
| ACCOUNT NO.<br>Briza Melo<br>100 Pine Grove Ave<br>Hyannis, MA  02601-2525 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Cameo Cleaning<br>12 Magnolia St<br>Bristol, RI  02809-3331 | | | 2011<br>possible liability for franchise | | | | unknown |

Sheet no. __2__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,891.73

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                      Case No.
_____                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Carlos A. Cruz<br>9 South St 1ST Fl<br>Pawtucket, RI 02860-4348 | | | **2011**<br>**possible liability for franchise dated 8/25/2005** | | | | 5,885.37 |
| ACCOUNT NO.<br>Carlos Mejia<br>121 Randall St<br>Pawtucket, RI 02860-3661 | | | **2011**<br>**possible liability for franchise dated 9/19/2008** | | | | **unknown** |
| ACCOUNT NO.<br>Carmelo O. Espejo<br>50 Farragut Ave 2nd Fl<br>Cranston, RI 02905-1319 | | | **2011**<br>**possible liability for franchise dated 3/4/2011** | | | | 6,431.95 |
| ACCOUNT NO. **1749**<br>Chase Card Services<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | **1995-2010**<br>**miscellaneous credit card purchases** | | | | 2,999.00 |
| ACCOUNT NO. **4742**<br>Citizens Bank<br>PO Box 18290<br>Bridgeport, CT 06601-3290 | | | **2003-2011**<br>**miscellaneous credit card purchases** | | | | 5,000.00 |
| ACCOUNT NO.<br>Cleaning Solutions 4U<br>76 W Main St<br>Hyannis, MA 02601-3752 | | | **2011**<br>**possible liability for franchise dated 4/21/2010** | | | | 7,000.00 |
| ACCOUNT NO.<br>Cleomar Santos<br>720 Pitchers Way Apt 31D<br>Hyannis, MA 02601-6704 | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___**3**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,316.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                    Case No. _____
_____
                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cleonice Deoliveira** <br> PO Box 281 <br> Centerville, MA  02632-0281 | | | **2011** <br> **possible liability for franchise dated 3/24/2010** | | | | **481.96** |
| ACCOUNT NO. **0026610313754701** <br> **Cox Communications** <br> PO Box 182318 <br> Columbus, OH  43218-2318 | | | **2006-present** <br> **phone service** | | | | **42.81** |
| ACCOUNT NO. **0016610309045801** <br> **Cox Communications** <br> PO Box 182318 <br> Columbus, OH  43218-2318 | | | **2006-present** <br> **phone service** | | | | **287.49** |
| ACCOUNT NO. <br> **Curtis Boone** <br> 96 Olumbine Ave. <br> Pawtucket, RI  02861 | | | **2011** <br> **possible liability for franchise dated 11/13/2008** | | | | **unknown** |
| ACCOUNT NO. <br> **David Sicaju** <br> 50 Richmond St <br> Central Falls, RI  02863-1816 | | | **2011** <br> **possible liability for franchise dated 10/2/2003** | | | | **2,000.00** |
| ACCOUNT NO. <br> **Dayane Pieper** <br> 53 Camp St Apt B <br> Hyannis, MA  02601-3058 | | | **2011** <br> **possible liability for franchise dated 3/24/2010** | | | | **967.76** |
| ACCOUNT NO. **10-S-0112** <br> **Dept. Of Business Regulation** <br> 1511 Pontiac Ave <br> Cranston, RI  02920-4407 | | | **2011** <br> **fine and penalties** | | | | **15,500.00** |

Sheet no. **4** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,280.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Diego Rojas<br>132 Greensleeves Ave.<br>Pawtucket, RI 02861 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO. 93245<br>Dupuis Oil<br>401 Walcott St<br>Pawtucket, RI 02860-3250 | | | 2006-present<br>oil for heat | | | | 766.10 |
| ACCOUNT NO.<br>E&D Cleaning LLC<br>171 Chamber Street<br>Cumberland, RI 02864 | | | 2011<br>possible liability for franchise dated 3/14/2005 | | | | 2,478.78 |
| ACCOUNT NO.<br>Edgar Cruz<br>11 South St<br>Pawtucket, RI 02860-4348 | | | 2011<br>possible liability for franchise dated 12/1/1008 | | | | 1,541.25 |
| ACCOUNT NO.<br>Edgar Vaca<br>58 Colborne Rd<br>Brighton, MA 02135-4103 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Eileen Lavallee<br>9 Hickory Ridge Rd<br>Rehoboth, MA 02769-1419 | | | 2011<br>possible liability for franchise dated 11/28/2005 | | | | 16,000.00 |
| ACCOUNT NO.<br>Elaine Remington<br>1 Puritan St Apt 1<br>North Providence, RI 02904-3962 | | | 2011<br>possible liability for franchise dated 3/24/2008 | | | | unknown |

Sheet no. **5** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　$ **20,786.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____   Case No. _____
                          Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Elmer Perez Beltran <br> 65 Wood St <br> Providence, RI  02909-1730 | | | **2011** <br> **possible liability for franchise dated 3/20/2008** | | | | 950.22 |
| ACCOUNT NO. <br> Enriquetta Rodriguez <br> 1075 Dexter St <br> Central Falls, RI  02863-1748 | | | **2011** <br> **possible liability for franchise dated 8/1/2007** | | | | 931.20 |
| ACCOUNT NO. <br> Erendida Palacios <br> 77 Clay St <br> Central Falls, RI  02863-3051 | | | **2011** <br> **possible liability for franchise dated 7/31/2007** | | | | 1,163.41 |
| ACCOUNT NO. <br> Fabricia Tavares <br> 240 Fawcett Ln <br> Hyannis, MA  02601-2427 | | | **2011** <br> **possible liability for franchise dated 5/31/2007** | | | | 7,000.00 |
| ACCOUNT NO. <br> Fajardo Susana <br> 18 Blendall St <br> Brockton, MA  02302-1739 | | | **2011** <br> **possible liability for franchise dated 5/31/2007** | | | | **unknown** |
| ACCOUNT NO. <br> Fernando Roland <br> 159 Hunter St <br> New Bedford, MA  02740-2641 | | | **2011** <br> **possible liability for franchise dated 10/5/2007** | | | | 3,033.22 |
| ACCOUNT NO. <br> Filomena Vieira <br> 10 Dyer St <br> Fall River, MA  02720-2616 | | | **2011** <br> **possible liability for franchise dated 7/17/2007** | | | | 826.28 |

Sheet no. __6__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,904.33

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
                              Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Flavia Mendonca<br>1815 Falmouth Rd Apt H6<br>Centerville, MA  02632-3191 | | | 2011<br>possible liability for franchise dated 6/1/2008 | | | | unknown |
| ACCOUNT NO.<br>Frank J. Costa<br>230 Healy St<br>Fall River, MA  02723-1217 | | | 2011<br>possible liability for franchise dated 6/1/2008 | | | | unknown |
| ACCOUNT NO.<br>Georgina Tejada<br>14 Bellevue Ave<br>Providence, RI  02907 | | | 2011<br>possible liability for franchise dated 12/2/2009 | | | | 1,770.10 |
| ACCOUNT NO.<br>Gilmar Vaquerano<br>118 Peace St # 2<br>Providence, RI  02907-1521 | | | 2011<br>possible liability for franchise dated 10/2/2009 | | | | 2,268.84 |
| ACCOUNT NO.<br>Harris Weiner, Esq.<br>321 S Main St<br>Providence, RI  02903-7108 | | | 2010-2011<br>legal services | | | | 4,244.00 |
| ACCOUNT NO.<br>Humberto Santa<br>401 Central St<br>Central Falls, RI  02863-2721 | | | 2011<br>possible liability for franchise dated 6/25/2007 | | | | 11,000.00 |
| ACCOUNT NO.<br>Ingrid Lara<br>34 Rotary Dr<br>Johnston, RI  02919-4917 | | | 2011<br>possible liability for franchise dated 1/16/2008 | | | | 3,102.10 |

Sheet no. **7** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,385.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.
_____
Debtor(s)                                          Case No. _____
                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ivan & Maria Juarez<br>9 Hollis St<br>Randolph, MA  02368-4907 | | | 2011<br>possible liability for franchise dated 12/28/2001 | | | | 1,512.00 |
| ACCOUNT NO.<br>Jacqueline Mendez<br>34 Rotary Dr<br>Johnston, RI  02919-4917 | | | 2011<br>possible liability for franchise dated 1/30/2008 | | | | 3,984.11 |
| ACCOUNT NO.<br>James Miletta<br>121 Paul St<br>Providence, RI  02904-1348 | | | 2011<br>possible liability for franchise dated 10/31/2007 | | | | 556.68 |
| ACCOUNT NO. **N/A**<br>Jan-Pro Boston<br>1050 Waltham St Ste 410<br>Lexington, MA  02421-8024 | | | 2010<br>cleaning fees | | | | 3,164.00 |
| ACCOUNT NO. **013**<br>Jan-Pro International<br>2520 Northwinds Pkwy<br>Alpharetta, GA  30009-2216 | | | 4/2010-6/2011<br>Franchise fees | | | | 56,000.00 |
| ACCOUNT NO.<br>Jenny B. Bolivar<br>51 Hillwood St<br>Cranston, RI  02920-7630 | | | 2011<br>possible liability for franchise dated 2/28/2007 | | | | 2,268.43 |
| ACCOUNT NO.<br>Joao Carlos Freitas<br>28 Burgess Ave<br>East Providence, RI  02914-5002 | | | 2011<br>possible liability for franchise dated 2/28/2007 | | | | unknown |

Sheet no. __8__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **67,485.22**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Joaquim Monteiro <br> 36 Juliette St. <br> Pawtucket, RI 02860 | | | 2011 <br> possible liability for franchise dated 2/28/2007 | | | | unknown |
| ACCOUNT NO. <br> John Cirilo Monteiro <br> 410 Pawtucket Ave <br> Pawtucket, RI 02860-5631 | | | 2011 <br> possible liability for franchise dated 2/28/2007 | | | | unknown |
| ACCOUNT NO. <br> John Lyons <br> PO Box 116 <br> East Dennis, MA 02641-0116 | | | 2011 <br> possible liability for franchise dated 12/30/2003 | | | | 378.75 |
| ACCOUNT NO. <br> Jose Bolivar <br> 51 Hillwood St <br> Cranston, RI 02920-7630 | | | 2011 <br> possible liability for franchise | | | | unknown |
| ACCOUNT NO. <br> Jose Miranda <br> 53 Midway Dr <br> Centerville, MA 02632-1926 | | | 2011 <br> possible liability for franchise dated 4/15/2009 | | | | 518.41 |
| ACCOUNT NO. <br> Jose Moreira <br> 430 Warren Ave Apt 3 South <br> Brockton, MA 02301-5267 | | | 2011 <br> possible liability for franchise agreement | | | | unknown |
| ACCOUNT NO. <br> Jose Tavares <br> 101 Wesleyan Ave <br> Providence, RI 02907-1423 | | | 2011 <br> possible liability for franchise | | | | unknown |

Sheet no. __9__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  897.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____     Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Joseph Atkins <br> 255 Snake Hill Rd <br> Harrisville, RI 02830-1874 | | | **2011** <br> **possible liability for franchise dated 11/1/1998** | | | | 10,450.12 |
| ACCOUNT NO. <br> Joseph J. Megna <br> PO Box 201 <br> Falmouth, MA 02541-0201 | | | **2011** <br> **possible liability for franchise dated 1/5/2005** | | | | 1,368.66 |
| ACCOUNT NO. <br> Juan Picazo <br> 392 Benefit St <br> Pawtucket, RI 02861-1207 | | | **2011** <br> **possible liability for franchise** | | | | unknown |
| ACCOUNT NO. **J00001** <br> Land-Tek <br> 477 Winthrop St <br> Rehoboth, MA 02769-1302 | | | **1995-present** <br> **janitorial supplies and paper goods** | | | | 2,868.16 |
| ACCOUNT NO. <br> Lavina Yee <br> 80 W Dedham St # 1602 <br> Boston, MA 02118-1653 | | | **2011** <br> **possible liability for franchise** | | | | unknown |
| ACCOUNT NO. <br> Lee Vick <br> 30 Sweet Meadows Ct Unit 14 <br> Narragansett, RI 02882-3420 | | | **2011** <br> **possible liability for franchise dated 10/15/1999** | | | | 176.46 |
| ACCOUNT NO. <br> Li Zhu <br> 41 Farragut Ave <br> Cranston, RI 02905-1318 | | | **2011** <br> **possible liability for franchise** | | | | unknown |

Sheet no. __10__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 14,863.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                          Case No. _____
_____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lillian Gomes**<br>**203 Cottage St**<br>**Pawtucket, RI  02860-3026** | | | **2011**<br>**possible liability for franchise dated 5/26/2005** | | | | **232.38** |
| ACCOUNT NO.<br><br>**Louisette Lopes**<br>**72 Anthony St**<br>**East Providence, RI  02914-4412** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Ludiceia Castelano**<br>**20 Castlewood Cir**<br>**Hyannis, MA  02601-2128** | | | **2011**<br>**possible liability for franchise dated 12/17/2008** | | | | **2,387.38** |
| ACCOUNT NO.<br><br>**M&D Cleaning LLC**<br>**PO Box 19562**<br>**Johnston, RI  02919-0562** | | | **2011**<br>**possible liability for franchise dated 8/23/2007** | | | | **9,696.04** |
| ACCOUNT NO.<br><br>**Marcos Campos**<br>**30 Main St Apt L**<br>**Hyannis, MA  02601-3114** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Marcos De Meira**<br>**42 Blueberry Hill Rd**<br>**Hyannis, MA  02601-2303** | | | **2011**<br>**possible liability for franchise dated 7/1/2010** | | | | **4,486.42** |
| ACCOUNT NO.<br><br>**Maria Ferreira**<br>**110 Doherty St**<br>**Fall River, MA  02720-7417** | | | **2011**<br>**possible liability for franchise dated 9/3/2008** | | | | **7,660.08** |

Sheet no. __11__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,462.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                          Case No. _____
_____                                      (If known)
                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Maria Garcia**<br>**58 Terrace Ave**<br>**Providence, RI  02909-3852** | | | **2011**<br>**possible liability for franchise dated 9/21/2010** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Maria Haveroth**<br>**71 Town Brook Rd**<br>**West Yarmouth, MA  02673-3332** | | | **2011**<br>**possible liability for franchise dated 12/1/2009** | | | | **11,017.60** |
| ACCOUNT NO.<br><br>**Maria Linhares**<br>**39 Susan St**<br>**New Bedford, MA  02745-2249** | | | **2011**<br>**possible liability for franchise dated 9/17/2010** | | | | **4,322.96** |
| ACCOUNT NO.<br><br>**Maria Lotero**<br>**687 Lonsdale Ave**<br>**Central Falls, RI  02863-2527** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Maria Orellana**<br>**285 Waldo St # 1**<br>**Providence, RI  02909-2320** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Maria Ribeiro**<br>**110 Sumner Ave Apt 1**<br>**Central Falls, RI  02863-2117** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Maria Sanchez**<br>**PO Box 29121**<br>**Providence, RI  02909-0998** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |

Sheet no. __12__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,340.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                          Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marisol Santos**<br>**42 Parkis Ave Apt 7**<br>**Providence, RI 02907-1492** | | | **2011**<br>**possible liability for franchise dated 3/5/2008** | | | | **2,000.00** |
| ACCOUNT NO.<br><br>**Marta Morales**<br>**78 Vernon St**<br>**Providence, RI 02903-3050** | | | **2011**<br>**possible liability for franchise dated 5/19/2008** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Mayra Andrade**<br>**493 Pine St Apt 3**<br>**Providence, RI 02907-1347** | | | **2011**<br>**possibility liability for franchise dated 5/10/2007** | | | | **7,772.41** |
| ACCOUNT NO.<br><br>**Mayra Martinez**<br>**315 Princess Ave**<br>**Cranston, RI 02920-6904** | | | **2011**<br>**possible liability for franchise** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Monica Mello**<br>**162 Norman St**<br>**Fall River, MA 02721-4416** | | | **2011**<br>**possible liability for franchise dated 6/12/2006** | | | | **757.42** |
| ACCOUNT NO.<br><br>**Moreno's Cleaning LLC**<br>**63 Campbell Ter**<br>**Pawtucket, RI 02860-4838** | | | **2011**<br>**possible liability for franchise dated 2/1/2004** | | | | **5,398.81** |
| ACCOUNT NO. **77160-11010**<br><br>**National Grid**<br>**PO Box 11739**<br>**Newark, NJ 07101-4740** | | | **2011**<br>**electric bill** | | | | **57.82** |

Sheet no. __13__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,986.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.        Case No. _____
      Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Noria Bermejo<br>74 Nautical Way<br>Hyannis, MA  02601 | | | 2011<br>possible liability for franchise dated 8/1/2009 | | | | 2,226.30 |
| ACCOUNT NO.<br>Norma Silva<br>29 Terrace Ave # 2<br>Providence, RI  02909-3813 | | | 2011<br>possible liability for franchise dated 3/4/2009 | | | | 309.86 |
| ACCOUNT NO. **JANP**<br>O Jornal<br>PO Box 1149<br>Fall River, MA  02722-1149 | | | 2010<br>advertising | | | | 480.00 |
| ACCOUNT NO. **900414150**<br>Ohio Casualty Insurance<br>PO Box 145476<br>Cincinnati, OH  45250-5476 | | | 2010-2011<br>commercial insurance | | | | 2,341.96 |
| ACCOUNT NO.<br>Olivia Mendez<br>PO Box 19562<br>Johnston, RI  02919-0562 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Pastora Perez<br>73 Westcott Ave<br>Providence, RI  02909-5528 | | | 2011<br>possible liability for franchise | | | | 29,053.59 |
| ACCOUNT NO.<br>Patricia Ramirez<br>PO Box 27902<br>Providence, RI  02907-0561 | | | 2011<br>possible liability for franchise | | | | unknown |

Sheet no. __14__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,411.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____  Case No. _____
           Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paul Beauregard<br>45 Nimitz Rd<br>Rumford, RI 02916-1010 | | | **2011**<br>**possible liability for franchise dated 10/11/2005** | | | | 447.57 |
| ACCOUNT NO.<br><br>Paul Medeiros<br>77 Silversmith Way<br>Taunton, MA 02780-7174 | | | **2011**<br>**possible liability for franchise dated 5/10/2005** | | | | 14,751.10 |
| ACCOUNT NO.<br><br>Pauline Duell<br>1364 Raintree Bnd Apt 307<br>Clermont, FL 34714-9635 | | | **2011**<br>**possible liability for franchise dated 7/12/2004** | | | | 681.94 |
| ACCOUNT NO.<br><br>Paulo Scavassin<br>210 Mauran Ave Apt 3<br>East Providence, RI 02914-5144 | | | **2011**<br>**possible liability for franchise dated 12/16/2004** | | | | 13,414.03 |
| ACCOUNT NO.<br><br>Ramon Reyes<br>23 Maplehurst Ave<br>Providence, RI 02908-5324 | | | **2011**<br>**possible liability for franchise** | | | | 950.00 |
| ACCOUNT NO.<br><br>Regiane Pereira<br>14 Courtland Way<br>West Yarmouth, MA 02673-5019 | | | **2011**<br>**possible liability for franchise dated 11/1/2010** | | | | 3,384.57 |
| ACCOUNT NO.<br><br>Resendes Cleaning Service<br>2 Weeden Ave<br>Rumford, RI 02916-1719 | | | **2011**<br>**possible liability for franchise dated 12/10/2002** | | | | 4,150.70 |

Sheet no. __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,779.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                            Case No. _____
_____
          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ricardo Deoliveira<br>131 Cedar St<br>Hyannis, MA  02601-3011 | | | 2011<br>possible liability for franchise dated 12/23/2009 | | | | 11,870.00 |
| ACCOUNT NO.<br>Roberto Nunes<br>28 Fresh Holes Rd<br>Hyannis, MA  02601-2745 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO. 3709000<br>Rockland Trust Bank<br>288 Union St<br>Rockland, MA  02370-1803 | X | | 2010<br>loan secured by motor vehicles | | | | 47,844.00 |
| ACCOUNT NO. 3708900<br>Rockland Trust Bank<br>288 Union St<br>Rockland, MA  02370-1803 | X | | 2010<br>business loan | | | | 22,258.26 |
| ACCOUNT NO.<br>Rodolfo Sanchez<br>168 Memorial Dr<br>Pawtucket, RI  02860-5841 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Ronald E. Crory<br>87 North Ave<br>Attleboro, MA  02703-1310 | | | 2011<br>possible liability for franchise dated 2/25/2005 | | | | 21,772.77 |
| ACCOUNT NO.<br>Ronald Mcgahee<br>158 Oriole Ave. Apt. 3r<br>Glendale, RI  02826 | | | 2011<br>possible liability for franchise dated 1/3/2008 | | | | 75,000.00 |

Sheet no. __16__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **178,745.03**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
       Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rosenda Hernandez<br>130 Perry St Apt 1<br>Central Falls, RI 02863-1918 | | | 2011<br>possible liability for franchise dated 10/15/2008 | | | | 20,000.00 |
| ACCOUNT NO.<br>Sara Mayo<br>775 Falmouth Rd<br>Hyannis, MA 02601 | | | 2011<br>possible liability ofor franchise | | | | unknown |
| ACCOUNT NO.<br>Saralar Corp.<br>775 Falmouth Rd<br>Hyannis, MA 02601 | | | 2011<br>possible liability for franchise dated 5/25/2006 | | | | 9,086.28 |
| ACCOUNT NO. 0001267<br>Shur-AZ<br>PO Box 362<br>Pawtucket, RI 02862-0362 | | | 2010-2011<br>janitorial supplies | | | | 1,066.11 |
| ACCOUNT NO.<br>Sonia Viera<br>PO Box 1531<br>Hyannis, MA 02601-1531 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Stephen Ndemba<br>147 Devonshire St<br>Providence, RI 02908-1520 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO.<br>Steven Damiano<br>1408 Atwood Ave<br>Johnston, RI 02919-4824 | | | 2000-present<br>accounting services | | | | 7,239.05 |

Sheet no. __17__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 37,391.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc. _____    Case No. _____
                Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sulene Xavier<br>175 Centre St # 314<br>Quincy, MA  02169-8600 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO. **433**<br>Summit Electrical<br>21 Powder Hill Rd<br>Lincoln, RI  02865-4424 | | | 2010-2011<br>fire alarm inspection | | | | 336.50 |
| ACCOUNT NO.<br>Susana Fajardo<br>18 Blendall St<br>Brockton, MA  02302-1739 | | | 2011<br>possible liability for franchise | | | | unknown |
| ACCOUNT NO. **N/A**<br>Temp Depot, Inc.<br>1277 Cranston St<br>Cranston, RI  02920-6717 | | | 2010-2011<br>temporary employees | | | | 1,147.60 |
| ACCOUNT NO.<br>Thiago Mendonca<br>PO Box 1031<br>Centerville, MA  02632-1031 | | | 2011<br>possible liability for franchise dated 4/8/2009 | | | | 1,633.93 |
| ACCOUNT NO.<br>Thomas Raposa<br>328 Church St<br>Pascoag, RI  02859-2603 | | | 2011<br>possible liability for frnachise dated 10/15/2001 | | | | 9,604.64 |
| ACCOUNT NO.<br>Vanessa Lucinda<br>132 South St Apt 3<br>Hyannis, MA  02601-4021 | | | 2011<br>possible liability for franchise dated 12/9/2009 | | | | 1,342.71 |

Sheet no. __18__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,065.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CRD Enterprises, Inc.     Case No. _____
               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Victor Duque<br>423 Hunt St<br>Central Falls, RI  02863-1308 | | | 2011<br>possible liability for franchise dated 8/30/2007 | | | | 471.48 |
| ACCOUNT NO.<br>Vincente Rodriguez<br>58 Cowden St 1ST Fl<br>Central Falls, RI  02863 | | | 2011<br>possible liability for franchise dated 11/245/2003 | | | | 3,699.00 |
| ACCOUNT NO. 4750279703<br>Webster Bank<br>PO Box 1809<br>Hartford, CT  06144-1809 | X | | 2011<br>commercial loan | | | | 49,523.46 |
| ACCOUNT NO.<br>William Escudero<br>125 Freight St Apt 33<br>Pawtucket, RI  02860-2347 | | | 2011<br>possible liability for franchise 2/2/2004 | | | | 4,341.30 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __19__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal   $   **58,035.24**
                                (Total of this page)

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $   **671,760.65**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE CRD Enterprises, Inc.                                                    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aleandro Adao<br>72 Skuknet Rd<br>Centerville, MA  02632-2169 | Franchise Agreement |
| Alliance Cleaning<br>12 Magnolia St<br>Bristol, RI  02809-3331 | Franchise Agreement |
| Mayra Andrade<br>493 Pine St Apt 3<br>Providence, RI  02907-1347 | Franchise Agreement |
| Alberto Benitez<br>89 Rand St<br>Central Falls, RI  02863-2704 | Franchise Agreement |
| Noria Bermejo<br>74 Nautical Way<br>Hyannis, MA  02601 | Franchise Agreement |
| Jenny B. Bolivar<br>51 Hillwood St<br>Cranston, RI  02920-7630 | Franchise Agreement |
| Jose Bolivar<br>51 Hillwood St<br>Cranston, RI  02920-7630 | Franchise Agreement |
| Curtis Boone<br>96 Olumbine Ave.<br>Pawtucket, RI  02861 | Franchise Agreement |
| Marcos Campos<br>30 Main St Apt L<br>Hyannis, MA  02601-3114 | Franchise Agreement |
| Ludiceia Castelano<br>20 Castlewood Cir<br>Hyannis, MA  02601-2128 | Franchise Agreement |
| Cleaning Solutions 4U<br>76 W Main St<br>Hyannis, MA  02601-3752 | Franchise Agreement |
| Frank J. Costa<br>230 Healy St<br>Fall River, MA  02723-1217 | Franchise Agreement |
| Ronald E. Crory<br>87 North Ave<br>Attleboro, MA  02703-1310 | Franchise Agreement |
| Carlos A. Cruz<br>9 South St 1ST Fl<br>Pawtucket, RI  02860-4348 | Franchise Agreement |
| Edgar Cruz<br>11 South St<br>Pawtucket, RI  02860-4348 | Franchise Agreement |
| Marcos De Meira<br>42 Blueberry Hill Rd<br>Hyannis, MA  02601-2303 | Franchise Agreement |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                      Case No. _____
_____                                                         (If known)
            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Antonia Deaguiar<br>46 Lexington Dr<br>Hyannis, MA  02601-2472 | Franchise Agreement |
| Cleonice Deoliveira<br>PO Box 281<br>Centerville, MA  02632-0281 | Franchise Agreement |
| Ricardo Deoliveira<br>131 Cedar St<br>Hyannis, MA  02601-3011 | Franchise Agreement |
| Abidenas N. Dionizio<br>51 Cliff St<br>Plymouth, MA  02360-2045 | Franchise Agreement |
| Victor Duque<br>423 Hunt St<br>Central Falls, RI  02863-1308 | Franchise Agreement |
| E&D Cleaning LLC<br>171 Chamber Street<br>Cumberland, RI  02864 | Franchise Agreement |
| William Escudero<br>125 Freight St Apt 33<br>Pawtucket, RI  02860-2347 | Franchise Agreement |
| Carmelo O. Espejo<br>50 Farragut Ave 2nd Fl<br>Cranston, RI  02905-1319 | Franchise Agreement |
| Maria Ferreira<br>110 Doherty St<br>Fall River, MA  02720-7417 | Franchise Agreement |
| Joao Carlos Freitas<br>28 Burgess Ave<br>East Providence, RI  02914-5002 | Franchise Agreement |
| Maria Garcia<br>58 Terrace Ave<br>Providence, RI  02909-3852 | Franchise Agreement |
| Lillian Gomes<br>203 Cottage St<br>Pawtucket, RI  02860-3026 | Franchise Agreement |
| Maria Haveroth<br>71 Town Brook Rd<br>West Yarmouth, MA  02673-3332 | Franchise Agreement |
| Rosenda Hernandez<br>130 Perry St Apt 1<br>Central Falls, RI  02863-1918 | Franchise Agreement |
| Ivan & Maria Juarez<br>9 Hollis St<br>Randolph, MA  02368-4907 | Franchise Agreement |
| Ingrid Lara<br>34 Rotary Dr<br>Johnston, RI  02919-4917 | Franchise Agreement |
| Eileen Lavallee<br>9 Hickory Ridge Rd<br>Rehoboth, MA  02769-1419 | Franchise Agreement |
| Maria Linhares<br>39 Susan St | Franchise Agreement |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                    Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| New Bedford, MA  02745-2249 | |
| Louisette Lopes<br>72 Anthony St<br>East Providence, RI  02914-4412 | Franchise Agreement |
| Maria Lotero<br>687 Lonsdale Ave<br>Central Falls, RI  02863-2527 | Franchise Agreement |
| Vanessa Lucinda<br>132 South St Apt 3<br>Hyannis, MA  02601-4021 | Franchise Agreement |
| John Lyons<br>PO Box 116<br>East Dennis, MA  02641-0116 | Franchise Agreement |
| M&D Cleaning LLC<br>PO Box 19562<br>Johnston, RI  02919-0562 | Franchise Agreement |
| Mayra Martinez<br>315 Princess Ave<br>Cranston, RI  02920-6904 | Franchise Agreement |
| Sara Mayo<br>775 Falmouth Rd<br>Hyannis, MA  02601 | Franchise Agreement |
| Ronald Mcgahee<br>158 Oriole Ave. Apt. 3r<br>Glendale, RI  02826 | Franchise Agreement |
| Paul Medeiros<br>77 Silversmith Way<br>Taunton, MA  02780-7174 | Franchise Agreement |
| Joseph J. Megna<br>PO Box 201<br>Falmouth, MA  02541-0201 | Franchise Agreement |
| Carlos Mejia<br>121 Randall St<br>Pawtucket, RI  02860-3661 | Franchise Agreement |
| Monica Mello<br>162 Norman St<br>Fall River, MA  02721-4416 | Franchise Agreement |
| Briza Melo<br>100 Pine Grove Ave<br>Hyannis, MA  02601-2525 | Franchise Agreement |
| Jacqueline Mendez<br>34 Rotary Dr<br>Johnston, RI  02919-4917 | Franchise Agreement |
| Olivia Mendez<br>PO Box 19562<br>Johnston, RI  02919-0562 | Franchise Agreement |
| Flavia Mendonca<br>1815 Falmouth Rd Apt H6<br>Centerville, MA  02632-3191 | Franchise Agreement |
| Thiago Mendonca<br>PO Box 1031<br>Centerville, MA  02632-1031 | Franchise Agreement |
| James Miletta | Franchise Agreement |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 121 Paul St<br>Providence, RI 02904-1348 | |
| Jose Miranda<br>53 Midway Dr<br>Centerville, MA 02632-1926 | **Franchise Agreement** |
| Joaquim Monteiro<br>36 Juliette St.<br>Pawtucket, RI 02860 | **Franchise Agreement** |
| John Cirilo Monteiro<br>410 Pawtucket Ave<br>Pawtucket, RI 02860-5631 | **Franchise Agreement** |
| Marta Morales<br>78 Vernon St<br>Providence, RI 02903-3050 | **Franchise Agreement** |
| Moreno's Cleaning LLC<br>63 Campbell Ter<br>Pawtucket, RI 02860-4838 | **Franchise Agreement** |
| Stephen Ndemba<br>147 Devonshire St<br>Providence, RI 02908-1520 | **Franchise Agreement** |
| Roberto Nunes<br>28 Fresh Holes Rd<br>Hyannis, MA 02601-2745 | **Franchise Agreement** |
| Erendida Palacios<br>77 Clay St<br>Central Falls, RI 02863-3051 | **Franchise Agreement** |
| Regiane Pereira<br>14 Courtland Way<br>West Yarmouth, MA 02673-5019 | **Franchise Agreement** |
| Beltran Perez<br>65 Wood St<br>Providence, RI 02909-1730 | **Franchise Agreement** |
| Pastora Perez<br>73 Westcott Ave<br>Providence, RI 02909-5528 | **Franchise Agreement** |
| Juan Picazo<br>392 Benefit St<br>Pawtucket, RI 02861-1207 | **Franchise Agreement** |
| Dayane Pieper<br>53 Camp St Apt B<br>Hyannis, MA 02601-3058 | **Franchise Agreement** |
| Abelardo Pineda<br>641 Pine St<br>Central Falls, RI 02863-2649 | **Franchise Agreement** |
| Patricia Ramirez<br>PO Box 27902<br>Providence, RI 02907-0561 | **Franchise Agreement** |
| Thomas Raposa<br>328 Church St<br>Pascoag, RI 02859-2603 | **Franchise Agreement** |
| Elaine Remington<br>1 Puritan St Apt 1<br>North Providence, RI 02904-3962 | **Franchise Agreement** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                          Case No. _____
_____
            Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Resendes Cleaning Service<br>2 Weeden Ave<br>Rumford, RI  02916-1719 | Franchise Agreement |
| Ramon Reyes<br>23 Maplehurst Ave<br>Providence, RI  02908-5324 | Franchise Agreement |
| Antonio Ribeiro<br>PO Box 538<br>Randolph, MA  02368-0538 | Franchise Agreement |
| Arnaldo Ribeiro<br>110 Sumner Ave Apt 1<br>Central Falls, RI  02863-2117 | Franchise Agreement |
| Maria Ribeiro<br>110 Sumner Ave Apt 1<br>Central Falls, RI  02863-2117 | Franchise Agreement |
| Adrianna Rodriguez<br>57 Cowden St 1ST Fl<br>Central Falls, RI  02863-2020 | Franchise Agreement |
| Enriquetta Rodriguez<br>1075 Dexter St<br>Central Falls, RI  02863-1748 | Franchise Agreement |
| Vincente Rodriguez<br>58 Cowden St 1ST Fl<br>Central Falls, RI  02863 | Franchise Agreement |
| Diego Rojas<br>132 Greensleeves Ave.<br>Pawtucket, RI  02861 | Franchise Agreement |
| Fernando Roland<br>159 Hunter St<br>New Bedford, MA  02740-2641 | Franchise Agreement |
| Adair Jose Rosa<br>292 Pond St<br>Rockland, MA  02370-1047 | Franchise Agreement |
| Angel Sanchez<br>PO Box 51244<br>New Bedford, MA  02745-0040 | Franchise Agreement |
| Maria Sanchez<br>PO Box 29121<br>Providence, RI  02909-0998 | Franchise Agreement |
| Rodolfo Sanchez<br>168 Memorial Dr<br>Pawtucket, RI  02860-5841 | Franchise Agreement |
| Humberto Santa<br>401 Central St<br>Central Falls, RI  02863-2721 | Franchise Agreement |
| Antonio Santiago<br>30 W Main St Apt 7<br>Hyannis, MA  02601-3708 | Franchise Agreement |
| Cleomar Santos<br>720 Pitchers Way Apt 31D<br>Hyannis, MA  02601-6704 | Franchise Agreement |
| Marisol Santos<br>42 Parkis Ave Apt 7 | Franchise Agreement |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE CRD Enterprises, Inc.                                                     Case No. _____
_____                                                        (If known)
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Providence, RI 02907-1492 | |
| Saralar Corp.<br>775 Falmouth Rd<br>Hyannis, MA 02601 | Franchise Agreement |
| Paulo Scavassin<br>210 Mauran Ave Apt 3<br>East Providence, RI 02914-5144 | Franchise Agreement |
| David Sicaju<br>50 Richmond St<br>Central Falls, RI 02863-1816 | Franchise Agreement |
| Norma Silva<br>29 Terrace Ave # 2<br>Providence, RI 02909-3813 | Franchise Agreement |
| Fajardo Susana<br>18 Blendall St<br>Brockton, MA 02302-1739 | Franchise Agreement |
| Fabricia Tavares<br>240 Fawcett Ln<br>Hyannis, MA 02601-2427 | Franchise Agreement |
| Jose Tavares<br>101 Wesleyan Ave<br>Providence, RI 02907-1423 | Franchise Agreement |
| Georgina Tejada<br>14 Bellevue Ave<br>Providence, RI 02907 | Franchise Agreement |
| Edgar Vaca<br>58 Colborne Rd<br>Brighton, MA 02135-4103 | Franchise Agreement |
| Gilmar Vaquerano<br>118 Peace St # 2<br>Providence, RI 02907-1521 | Franchise Agreement |
| Lee Vick<br>30 Sweet Meadows Ct Unit 14<br>Narragansett, RI 02882-3420 | Franchise Agreement |
| Filomena Vieira<br>10 Dyer St<br>Fall River, MA 02720-2616 | Franchise Agreement |
| Sonia Viera<br>PO Box 1531<br>Hyannis, MA 02601-1531 | Franchise Agreement |
| Allen Waters<br>PO Box 2240<br>Mashpee, MA 02649-8240 | Franchise Agreement |
| Sulene Xavier<br>175 Centre St # 314<br>Quincy, MA 02169-8600 | Franchise Agreement |
| Lavina Yee<br>80 W Dedham St # 1602<br>Boston, MA 02118-1653 | Franchise Agreement |
| Li Zhu<br>41 Farragut Ave<br>Cranston, RI 02905-1318 | Franchise Agreement |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE CRD Enterprises, Inc.                                                    Case No. _____
_____
              Debtor(s)                                                                          (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Raymond Lapointe**<br>**1535 Snake Hill Rd**<br>**North Scituate, RI  02857-2608** | **Deerwood Leasing**<br>**8130 Baymeadows Cir W**<br>**Jacksonville, FL  32256-1880**<br><br>**Dolphin Capital Corp.**<br>**PO Box 644006**<br>**Cincinnati, OH  45264-4006**<br><br>**Rockland Trust Bank**<br>**288 Union St**<br>**Rockland, MA  02370-1803**<br><br>**RI Divison Of Taxation**<br>**1 Capitol Hl Ste 2**<br>**Providence, RI  02908-5800**<br><br>**Internal Revenue Service**<br>**Insolvency Unit - 4th Floor**<br>**380 Westminster St**<br>**Providence, RI  02903-3246**<br><br>**Rockland Trust Bank**<br>**288 Union St**<br>**Rockland, MA  02370-1803**<br><br>**Webster Bank**<br>**PO Box 1809**<br>**Hartford, CT  06144-1809** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE CRD Enterprises, Inc. _____  Case No. _____
                Debtor(s)                                                             (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
                                                                        Debtor

Date: _____ Signature: _____
                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____      _____
Signature of Bankruptcy Petition Preparer                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the CRD Enterprises, Inc. _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 29, 2011** _____ Signature: */s/ Raymond R. Lapointe* _____

                                      **Raymond R. Lapointe** _____
                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                                    Case No. _____

CRD Enterprises, Inc.                                                             Chapter **7** _____
_____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,127,704.00 | 2009 |
| 2,036,394.00 | 2010 |
| 874,493.00 | 2011 |

---

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None
☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **AT&T Mobility** | **various dates** | **1,811.61** | **0.00** |
| **Blue Cross/Blue Shield**<br>**500 Exchange St**<br>**Providence, RI  02903-2629** | **various dates** | **3,469.55** | **0.00** |
| **C. Johnson** | **various dates** | **684.33** | **0.00** |
| **Citi Cards**<br>**PO Box 182564**<br>**Columbus, OH  43218-2564** | **various dates** | **900.00** | **0.00** |
| **Citizens Bank**<br>**PO Box 18290**<br>**Bridgeport, CT  06601-3290** | **various dates** | **1,200.00** | **0.00** |
| **Cox Communications**<br>**PO Box 182318**<br>**Columbus, OH  43218-2318** | **5/16/11** | **656.96** | **287.00** |
| **Steven Damiano**<br>**1408 Atwood Ave**<br>**Johnston, RI  02919-4824** | **5/16/11** | **1,000.00** | **7,239.00** |
| **Dolphin Capital Corp.**<br>**PO Box 644006**<br>**Cincinnati, OH  45264-4006** | **various dates** | **1,443.45** | **4,500.00** |
| **Deerwood Leasing**<br>**8130 Baymeadows Cir W**<br>**Jacksonville, FL  32256-1880** | **4/11/11** | **1,173.60** | **3,097.00** |
| **Dupuis Oil**<br>**401 Walcott St**<br>**Pawtucket, RI  02860-3250** | **various dates** | **833.89** | **766.00** |
| **George's Auto** | **various dates** | **1,515.21** | **0.00** |
| **Jan-Pro Boston**<br>**1050 Waltham St Ste 410**<br>**Lexington, MA  02421-8024** | **4/11/11** | **2,388.00** | **3,164.00** |
| **Land-Tek**<br>**477 Winthrop St**<br>**Rehoboth, MA  02769-1302** | **various dates** | **3,796.11** | **2,868.00** |
| **Ohio Casualty Insurance**<br>**PO Box 145476**<br>**Cincinnati, OH  45250-5476** | **various dates** | **7,087.09** | **2,341.00** |
| **Shur-AZ**<br>**PO Box 362**<br>**Pawtucket, RI  02862-0362** | **various dates** | **1,183.32** | **1,066.00** |
| **Starr Professional Services**<br>**4 Carriage Trl**<br>**Barrington, RI  02806-1575** | **various dates** | **997.50** | **0.00** |
| **The Patrons Group** | **various dates** | **754.74** | **0.00** |
| **TLC Cleaning & Janitorial Supply Co.** | **various dates** | **971.10** | **0.00** |
| **Internal Revenue Service**<br>**Insolvency Unit - 4th Floor**<br>**380 Westminster St**<br>**Providence, RI  02903-3246** | **various dates** | **3,080.60** | **32,237.00** |

| | | | |
|---|---|---|---|
| Webster Bank<br>PO Box 1809<br>Hartford, CT  06144-1809 | various dates | 1,525.00 | 49,523.00 |
| Harris Weiner, Esq.<br>321 S Main St<br>Providence, RI  02903-7108 | various dates | 3,000.00 | 4,244.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **DBR 10-S-0112** | **Cease & Desist-Unregistered Activity** | **Dept. of Business Regulation Cranston, RI** | **Penalty imposed and rescission required** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND<br>VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN<br>WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Computer systems & backup devices** | **Floods of March & April 2010 - not covered by insurance** | **4/2010** |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **John Boyajian** | **6/2011** | **5,000.00** |

**182 Waterman St**
**Providence, RI  02906-4015**

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Gilson Ribeiro** | **4/2011** | **Enviroshield, Enviro-Pro and Hygiene monitoring system** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| None | |
|------|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|------|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|------|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

### 18. Nature, location and name of business

**None**
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|
| **CRD Enterprises, Inc.** | **04-3374446** | **2536 Hartford Ave Johnston, RI  02919-1705** | **franchise cleaning business** | **4/1999-present** |

| None | |
|------|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**None**
☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|---|
| **Steven Damiano 1408 Atwood Ave Johnston, RI  02919-4824** | **1/2005-present** |
| **Pam Starr 4 Carriage Trl Barrington, RI  02806-1575** | **10/2009-present** |
| **Cia Spendolini 274 Nicholas Rd Greene, RI  02827-2114** | **11/2007-11/2010** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steven Damiano**<br>**1408 Atwood Ave**<br>**Johnston, RI  02919-4824** | **1/2005-present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Steven Damiano**<br>**1408 Atwood Ave**<br>**Johnston, RI  02919-4824** | **1/2005-present** |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Rockland Trust Bank**<br>**288 Union St**<br>**Rockland, MA  02370-1803** | **5/2010** |
| **Dept. Of Business Regulation**<br>**1511 Pontiac Ave**<br>**Cranston, RI  02920-4407** | **9/2010** |
| **Webster Bank**<br>**PO Box 1809**<br>**Hartford, CT  06144-1809** | **3/2011** |

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Raymond R. Lapointe**<br>**1535 Snake Hill Rd**<br>**North Scituate, RI  02857-2608** | **President** | **100%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Raymond R. Lapointe                                          various dates                              $68,452.66
1535 Snake Hill Rd
North Scituate, RI  02857-2608
owner

---

**24. Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑  purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **June 29, 2011**                    Signature: */s/ Raymond R. Lapointe*


                              **Raymond R. Lapointe, President**
                                                                                 Print Name and Title


            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Rhode Island

IN RE:                                   Case No. _____

__CRD Enterprises, Inc.__ _____   Chapter __7__ _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................. $ _____**5,000.00**

Prior to the filing of this statement I have received ........................................................ $ _____**5,000.00**

Balance Due ........................................................................................ $ _____**0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
**REPRESENTATION IN ADVERSARY PROCEEDINGS AND OTHER CONTESTED BANKRUPTCY MATTERS.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
**June 29, 2011**
Date

*/s/ John Boyajian*
**John Boyajian 0919
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600  Fax: (401) 273-9605
john@bhrlaw.com**

### United States Bankruptcy Court
### District of Rhode Island

IN RE:                                                           Case No. _____

CRD Enterprises, Inc. _____    Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **June 29, 2011** _____    Signature: */s/ Raymond R. Lapointe* _____
                                                  **Raymond R. Lapointe, President**                        Debtor


Date: _____    Signature: _____
                                                                                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Abelardo Pineda
641 Pine St
Central Falls RI  02863-2649

Abidenas N Dionizio
51 Cliff St
Plymouth MA  02360-2045

Adair Jose Rosa
292 Pond St
Rockland MA  02370-1047

Adrianna Rodriguez
57 Cowden St 1ST Fl
Central Falls RI  02863-2020

Alberto Benitez
89 Rand St
Central Falls RI  02863-2704

Aleandro Adao
72 Skunknet Rd
Centerville MA  02632-2169

Allen Waters
PO Box 2240
Mashpee MA  02649-8240

Alliance Cleaning
12 Magnolia St
Bristol RI  02809-3331

American Teleconnect
64 Pettaconsett Ave
Cranston RI  02920-7917

Angel Sanchez
PO Box 51244
New Bedford MA  02745-0040

Antonia Deaguiar
46 Lexington Dr
Hyannis MA  02601-2472

Antonio Ribeiro
PO Box 538
Randolph MA  02368-0538

Antonio Santiago
30 W Main St Apt 7
Hyannis MA  02601-3708

Arnaldo Ribeiro
110 Sumner Ave Apt 1
Central Falls RI  02863-2117

Bank Of America
PO Box 15710
Wilmington DE  19886-5710

Beltran Perez
65 Wood St
Providence RI  02909-1730

Briza Melo
100 Pine Grove Ave
Hyannis MA  02601-2525

Cameo Cleaning
12 Magnolia St
Bristol RI  02809-3331

Carlos A Cruz
9 South St 1ST Fl
Pawtucket RI  02860-4348

Carlos Mejia
121 Randall St
Pawtucket RI  02860-3661

Carmelo O Espejo
50 Farragut Ave 2nd Fl
Cranston RI  02905-1319

Chase Card Services
Cardmember Service
PO Box 15153
Wilmington DE  19886-5153

Citizens Bank
PO Box 18290
Bridgeport CT  06601-3290

Cleaning Solutions 4U
76 W Main St
Hyannis MA  02601-3752

Cleomar Santos
720 Pitchers Way Apt 31D
Hyannis MA  02601-6704

Cleonice Deoliveira
PO Box 281
Centerville MA  02632-0281

Cox Communications
PO Box 182318
Columbus OH  43218-2318

Curtis Boone
96 Olumbine Ave
Pawtucket RI  02861

David Sicaju
50 Richmond St
Central Falls RI  02863-1816

Dayane Pieper
53 Camp St Apt B
Hyannis MA  02601-3058

Deerwood Leasing
8130 Baymeadows Cir W
Jacksonville FL  32256-1880

Dept Of Business Regulation
1511 Pontiac Ave
Cranston RI  02920-4407

Diego Rojas
132 Greensleeves Ave
Pawtucket RI  02861

Dolphin Capital Corp
PO Box 644006
Cincinnati OH  45264-4006

Dupuis Oil
401 Walcott St
Pawtucket RI  02860-3250

E&D Cleaning LLC
171 Chamber Street
Cumberland RI  02864

Edgar Cruz
11 South St
Pawtucket RI  02860-4348

Edgar Vaca
58 Colborne Rd
Brighton MA  02135-4103

Eileen Lavallee
9 Hickory Ridge Rd
Rehoboth MA  02769-1419

Elaine Remington
1 Puritan St Apt 1
North Providence RI  02904

Elmer Perez Beltran
65 Wood St
Providence RI  02909-1730

Enriquetta Rodriguez
1075 Dexter St
Central Falls RI  02863-1748

Erendida Palacios
77 Clay St
Central Falls RI  02863-3051

Fabricia Tavares
240 Fawcett Ln
Hyannis MA  02601-2427

Fajardo Susana
18 Blendall St
Brockton MA  02302-1739

Fernando Roland
159 Hunter St
New Bedford MA  02740-2641

Filomena Vieira
10 Dyer St
Fall River MA  02720-2616

Flavia Mendonca
1815 Falmouth Rd Apt H6
Centerville MA  02632-3191

Frank J Costa
230 Healy St
Fall River MA  02723-1217

Georgina Tejada
14 Bellevue Ave
Providence RI  02907

Gilmar Vaquerano
118 Peace St # 2
Providence RI  02907-1521

Harris Weiner Esq
321 S Main St
Providence RI  02903-7108

Humberto Santa
401 Central St
Central Falls RI  02863-2721

Ingrid Lara
34 Rotary Dr
Johnston RI  02919-4917

Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster St
Providence RI  02903-3246

Ivan & Maria Juarez
9 Hollis St
Randolph MA  02368-4907

Jacqueline Mendez
34 Rotary Dr
Johnston RI  02919-4917

James Miletta
121 Paul St
Providence RI  02904-1348

Jan-Pro Boston
1050 Waltham St Ste 410
Lexington MA  02421-8024

Jan-Pro International
2520 Northwinds Pkwy
Alpharetta GA  30009-2216

Jenny B Bolivar
51 Hillwood St
Cranston RI  02920-7630

Joao Carlos Freitas
28 Burgess Ave
East Providence RI  02914-5002

Joaquim Monteiro
36 Juliette St
Pawtucket RI  02860

John Cirilo Monteiro
410 Pawtucket Ave
Pawtucket RI  02860-5631

John Lyons
PO Box 116
East Dennis MA  02641-0116

Jose Bolivar
51 Hillwood St
Cranston RI  02920-7630

Jose Miranda
53 Midway Dr
Centerville MA   02632-1926

Jose Moreira
430 Warren Ave Apt 3 South
Brockton MA  02301-5267

Jose Tavares
101 Wesleyan Ave
Providence RI   02907-1423

Joseph Atkins
255 Snake Hill Rd
Harrisville RI   02830-1874

Joseph J Megna
PO Box 201
Falmouth MA   02541-0201

Juan Picazo
392 Benefit St
Pawtucket RI   02861-1207

Land-Tek
477 Winthrop St
Rehoboth MA   02769-1302

Lavina Yee
80 W Dedham St # $1602
Boston MA   02118-1653

Lee Vick
30 Sweet Meadows Ct Unit 14
Narragansett RI   02882-3420

Li Zhu
41 Farragut Ave
Cranston RI   02905-1318

Lillian Gomes
203 Cottage St
Pawtucket RI   02860-3026

Louisette Lopes
72 Anthony St
East Providence RI   02914-4412

Ludiceia Castelano
20 Castlewood Cir
Hyannis MA   02601-2128

M&D Cleaning LLC
PO Box 19562
Johnston RI   02919-0562

Marcos Campos
30 Main St Apt L
Hyannis MA   02601-3114

Marcos De Meira
42 Blueberry Hill Rd
Hyannis MA   02601-2303

Maria Ferreira
110 Doherty St
Fall River MA   02720-7417

Maria Garcia
58 Terrace Ave
Providence RI   02909-3852

Maria Haveroth
71 Town Brook Rd
West Yarmouth MA   02673-3332

Maria Linhares
39 Susan St
New Bedford MA   02745-2249

Maria Lotero
687 Lonsdale Ave
Central Falls RI   02863-2527

Maria Orellana
285 Waldo St # 1
Providence RI   02909-2320

Maria Ribeiro
110 Sumner Ave Apt 1
Central Falls RI  02863-2117

Maria Sanchez
PO Box 29121
Providence RI  02909-0998

Marisol Santos
42 Parkis Ave Apt 7
Providence RI  02907-1492

Marta Morales
78 Vernon St
Providence RI  02903-3050

Mayra Andrade
493 Pine St Apt 3
Providence RI  02907-1347

Mayra Martinez
315 Princess Ave
Cranston RI  02920-6904

Monica Mello
162 Norman St
Fall River MA  02721-4416

Moreno's Cleaning LLC
63 Campbell Ter
Pawtucket RI  02860-4838

National Grid
PO Box 11739
Newark NJ  07101-4740

Noria Bermejo
74 Nautical Way
Hyannis MA  02601

Norma Silva
29 Terrace Ave # 2
Providence RI  02909-3813

O Jornal
PO Box 1149
Fall River MA  02722-1149

Ohio Casualty Insurance
PO Box 145476
Cincinnati OH  45250-5476

Olivia Mendez
PO Box 19562
Johnston RI  02919-0562

Pastora Perez
73 Westcott Ave
Providence RI  02909-5528

Patricia Ramirez
PO Box 27902
Providence RI  02907-0561

Paul Beauregard
45 Nimitz Rd
Rumford RI  02916-1010

Paul Medeiros
77 Silversmith Way
Taunton MA  02780-7174

Pauline Duell
1364 Raintree Bnd Apt 307
Clermont FL  34714-9635

Paulo Scavassin
210 Mauran Ave Apt 3
East Providence RI  02914-5144

Ramon Reyes
23 Maplehurst Ave
Providence RI  02908-5324

Raymond Lapointe
1535 Snake Hill Rd
North Scituate RI  02857-2608

Regiane Pereira
14 Courtland Way
West Yarmouth MA  02673-5019

Resendes Cleaning Service
2 Weeden Ave
Rumford RI  02916-1719

RI Divison Of Taxation
1 Capitol Hl Ste 2
Providence RI  02908-5800

Ricardo Deoliveira
131 Cedar St
Hyannis MA  02601-3011

Roberto Nunes
28 Fresh Holes Rd
Hyannis MA  02601-2745

Rockland Trust Bank
288 Union St
Rockland MA  02370-1803

Rodolfo Sanchez
168 Memorial Dr
Pawtucket RI  02860-5841

Ronald E Crory
87 North Ave
Attleboro MA  02703-1310

Ronald Mcgahee
158 Oriole Ave Apt 3r
Glendale RI  02826

Rosenda Hernandez
130 Perry St Apt 1
Central Falls RI  02863-1918

Sara Mayo
775 Falmouth Rd
Hyannis MA  02601

Saralar Corp
775 Falmouth Rd
Hyannis MA   02601

Shur-AZ
PO Box 362
Pawtucket RI   02862-0362

Sonia Viera
PO Box 1531
Hyannis MA   02601-1531

Stephen Ndemba
147 Devonshire St
Providence RI   02908-1520

Steven Damiano
1408 Atwood Ave
Johnston RI   02919-4824

Sulene Xavier
175 Centre St # 314
Quincy MA   02169-8600

Summit Electrical
21 Powder Hill Rd
Lincoln RI   02865-4424

Susana Fajardo
18 Blendall St
Brockton MA   02302-1739

Temp Depot Inc
1277 Cranston St
Cranston RI   02920-6717

Thiago Mendonca
PO Box 1031
Centerville MA   02632-1031

Thomas Raposa
328 Church St
Pascoag RI   02859-2603

Vanessa Lucinda
132 South St Apt 3
Hyannis MA  02601-4021

Victor Duque
423 Hunt St
Central Falls RI  02863-1308

Vincente Rodriguez
58 Cowden St 1ST Fl
Central Falls RI  02863

Webster Bank
PO Box 1809
Hartford CT  06144-1809

William Escudero
125 Freight St Apt 33
Pawtucket RI  02860-2347